# UNITED STATES DISTRICT COURT
### District of Minnesota

Clifford Straka

V.

Johnson & Johnson and Janssen Pharmaceuticals, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number:  08-5742 (JRT)

[X] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Jury finds in favor of the Defendants on the failure to warn claim and Consumer Fraud Act claims.  As a result, the bifurcated punitive damages claim was not submitted to the Jury.

|  |  |
|---|---|
| January 26, 2012 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/ Holly McLelland |
|  | (By)         Holly McLelland    Deputy Clerk |

s/ John R. Tunheim
Judge
United States District Judge