AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

CLIFFORD STRAKA,

        Plaintiff,

V.

JOHNSON & JOHNSON, and JANSSEN PHARMACEUTICALS, INC.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  08-5742 (JRT)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Clifford Straka's Motion to Alter or Amend the Judgment [Docket No. 246] is **DENIED.**

2. Clifford Straka's Motion for a New Trial [Docket No. 244] is **DENIED.**

| September 28, 2012 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | s/ J. Zuech |
| | (By)  J. Zuech  Deputy Clerk |

C:\Documents and Settings\zuech\Desktop\Blank Judgment Form.wpd      Form Modified:  09/16/04